# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| JERMAN McGOWAN, | ) | No. ED CV 13-00165-DOC (VBK) |
| Plaintiff, | ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED COMPLAINT |
| v. | ) | |
| P. COVELLO, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Second Amended Complaint, and the action, without prejudice.

DATED: July 31, 2014

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE