UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JERMAN McGOWAN, | ) | No. ED CV 13-00165-DOC (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| P. COVELLO, et al., | ) | |
| Defendants | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action without prejudice.

DATED: July 31, 2014

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE